IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


MARK J. McFARLAND,                                            No. CV 07-6016-MO

                    Plaintiff,                                            JUDGMENT

           v.

COMMISSIONER SOCIAL SECURITY
ADMINISTRATION,

                    Defendant.


**MOSMAN, J.,**

           Based on the record,

           IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is

AFFIRMED, and this case is DISMISSED.

           DATED this   13th   day of March, 2008.


                                            /s/ Michael W. Mosman
                                            MICHAEL W. MOSMAN
                                            United States District Judge


PAGE 1 - JUDGMENT